UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Loren Gesinsky (LG-7307)
GIBBONS P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119
(212) 613-2000

| | |
|---|---|
| RUBEN NIDZON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KONICA MINOLTA BUSINESS SOLUTIONS USA, INC. and KONICA MINOLTA HOLDINGS, INC.,<br><br>　　　　　　Defendants. | Civil Action No.<br><br><br>**7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Konica Minolta Business Solutions U.S.A., Inc. ("KMBS") and Konica Minolta Holdings, Inc. certifies that Defendant KMBS is a nongovernmental corporate party to this action. The stock in said entity is entirely held by Konica Minolta Corporation, a business entity incorporated under the laws of the country of Japan.

　　　　　　　　　　　　　　　　　　GIBBONS P.C.
　　　　　　　　　　　　　　　　　　One Pennsylvania Plaza, 37th Floor
　　　　　　　　　　　　　　　　　　New York, New York
　　　　　　　　　　　　　　　　　　(212) 613-2000
　　　　　　　　　　　　　　　　　　Attorneys for Defendants Konica Minolta
　　　　　　　　　　　　　　　　　　Business Solutions U.S.A., Inc. and
　　　　　　　　　　　　　　　　　　Konica Minolta Holdings, Inc.

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Loren Gesinsky (LG-7307)

DATED:　　May 10, 2007
　　　　　　New York, New York