

GIBBONS P.C.
Loren Gesinsky (LG-7307)
One Pennsylvania Plaza, 37th Floor
New York, New York 10119
(212) 613-2000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY F...
DOC #: _____
DATE FILED: 5/23/07 dc
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| RUBEN NIDZON, | |
|---|---|
| Plaintiff, | 07-CV-3724(BSJ) (AJP) |
| vs. | |
| KONICA MINOLTA BUSINESS SOLUTIONS USA, INC. and KONICA MINOLTA HOLDINGS, INC., | STIPULATION AND ORDER |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys named below that the time for Defendant KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC. to file an answer or otherwise respond to the Complaint be and is hereby extended until June 11, 2007;

IT IS FURTHER STIPULATED AND AGREED that the claims and demands of Plaintiff RUBEN NIDZON against Defendant KONICA MINOLTA HOLDINGS, INC. be and are hereby dismissed with prejudice; and

#1195618 v1
106942-59616

IT IS FURTHER STIPULATED AND AGREED that, by entering into this stipulation, Plaintiff is not waiving any rights he may have to file a motion to remand or otherwise contest the removal of this action.

Dated: May 16, 2007
  New York, New York

| | |
|---|---|
| THE LAW OFFICES OF<br>SHELDON H. GOPSTEIN<br>130 West 42nd Street, Suite 410<br>New York, New York, 10036<br>(212) ~~695-6446~~ 363-2400<br>Attorneys for Plaintiff | GIBBONS P.C.<br>One Pennsylvania Plaza<br>37th Floor<br>New York, New York 10119-3701<br>(212) 613-2000<br>Attorneys for Defendants |
| By: _____<br>Sheldon H. Gopstein (SG-____) | By: _____<br>Loren Gesinsky (LG-7307) |

SO ORDERED.

_____
Hon. Barbara S. Jones

#1195618 v1
106942-59616

2