IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
RUBEN NIDZON,

                                      Plaintiff,       07-cv-3724 (BSJ)

    -against-

KONICA MINOLTA BUSINESS SOLUTIONS
USA, INC.
                                      Defendant.
-----------------------------------------------------------X

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

      Please enter my appearance in the above captioned case as counsel for plaintiff Ruben Nidzon. I certify that I am admitted to practice in this court.

      **I HEREBY CERTIFY** that on May 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsels of record.

Dated: New York, New York
May 29, 2007

                                        *s/ SHELDON GOPSTEIN*
                                        ATTORNEY FOR PLAINTIFF
                                        130 West 42nd Street, Suite 410
                                        New York, NY 10036
                                        Tel. 212-363-2400
                                        Fax 212-363-3313
                                        E-mail: sglaw@optonline.net