Alychia L. Dragon
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RUBEN NIDZON,<br><br>                    Plaintiff,<br><br>vs.<br><br>KONICA MINOLTA BUSINESS<br>SOLUTIONS USA, INC.,<br><br>                    Defendant. | 07-cv-3724 (BSJ) (AJP)<br><br>*Electronically Filed*<br><br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Defendant Konica Minolta Business Solutions U.S.A., Inc. in the above-captioned

> GIBBONS P.C.
> One Gateway Center
> Newark, New Jersey 07102
> (973) 596-4500
> Attorneys for Defendant
>
> By: /s/Alychia L. Dragon_____
>       Alychia L. Dragon

Dated: August 31, 2007

#1223526 v1
106942-59616